501 A.2d 249

**COMMONWEALTH of Pennsylvania**

v.

**Donald HARDCASTLE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1985.

Decided Dec. 10, 1985.

William A. Fitzpatrick, Philadelphia, for appellant.

Robert B. Lawler Chief/Appeals Div., Eric B. Henson, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.